AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:14-cr-67-SEB-DML-09 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| TIMIKA HIGHBAUGH | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE. Defendant filed a pro se letter that the Court construes as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). In the letter, Defendant asks the Court to appoint counsel to represent her. On its face, Defendant's motion does not show that she is entitled to compassionate release under § 3582(c)(1)(A) or that the interests of justice support appointing counsel at this time. Accordingly, her motion, dkt. [786], is **denied without prejudice**.

If Defendant wishes to renew her motion, she may do so by completing and returning the attached form motion. (Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (Pro Se Prisoner)). If Defendant renews her motion, she must explain: (1) when she tested positive for COVID-19; (2) whether she has recovered

from COVID-19; and (3) if she has not recovered from COVID-19, what symptoms she is currently experiencing and how they affect her daily activities.

IT IS SO ORDERED.

Date: _____2/11/2021_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Timika Highbaugh
Reg. No. 12404-028
FMC Lexington
Federal Medical Center
Satellite Camp
P.O. Box 1425
Lexington, KY 40512

All Electronically Registered Counsel